| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Paul Wigoda** | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 (Spouse if, filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | |
| Case number (if known) | 19-22567 | ☐ Check if this is an amended filing |

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**1439 Alton Road, LLC**
**9601 Collins Ave, #406**
**Bal Harbor, FL 33154**

What is the nature of the claim?   **Personal Loan**   $ **$1,045,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____
Unsecured claim   $ _____

Contact _____
Contact phone _____

**2**
**843 Washington LLC**
**9601 Collins Ave, #406**
**Bal Harbor, FL 33154**

What is the nature of the claim?   **Personal Loan**   $ **$1,500,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____

Contact _____

Debtor 1 **Paul Wigoda**  Case number *(if known)* **19-22567**

Contact phone                                     Unsecured claim                           $

| | | | | |
|---|---|---|---|---|
| **3** | **849 Washington LLC**<br>9601 Collins Ave, #406<br>Bal Harbor, FL 33154 | What is the nature of the claim? | **Personal Loan** | $ **$560,000.00** |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)     $ _____
      Value of security:                         - $ _____
      Unsecured claim                            $ _____

Contact
Contact phone

| | | | | |
|---|---|---|---|---|
| **4** | **Anna Selechnik**<br>Guatemala | What is the nature of the claim? | **Personal Loan** | $ **$300,000.00** |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)     $ _____
      Value of security:                         - $ _____
      Unsecured claim                            $ _____

Contact
Contact phone

| | | | | |
|---|---|---|---|---|
| **5** | **Bankers Healthcare Group**<br>201 Solar Street<br>Syracuse, NY 13204 | What is the nature of the claim? | **Medical Practice** | $ **$392,173.00** |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ■ Yes. Total claim (secured and unsecured)     $ **$432,173.00**
      Value of security:                         - $ **$40,000.00**
      Unsecured claim                            $ **$392,173.00**

Contact
Contact phone

| | | | | |
|---|---|---|---|---|
| **6** | **Citi Business Card**<br>PO Box 9001037<br>Louisville, KY 40290-1037 | What is the nature of the claim? | **Credit Card** | $ **$67,586.00** |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Paul Wigoda**         Case number *(if known)*  **19-22567**

Contact

Contact phone

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $
  - Value of security: - $
  - Unsecured claim    $

---

**7**

**Edith Wigoda**
9601 Collins Ave, #406
Bal Harbor, FL 33154

**What is the nature of the claim?**   **Personal Loan**   $ **$1,604,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $
  - Value of security: - $
  - Unsecured claim    $

Contact

Contact phone

---

**8**

**EIN Capital**
160 Pearl St, 5th Floor
New York, NY 10005

**What is the nature of the claim?**   **Medical Practice, Receivables, Property**   $ **$97,928.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)   $ **$137,928.00**
  - Value of security: - $ **$40,000.00**
  - Unsecured claim    $ **$97,928.00**

Contact

Contact phone

---

**9**

**Gina Wigoda**
18101 Collins Ave, #607
Sunny Isles Beach, FL 33160

**What is the nature of the claim?**   **Personal Loan**   $ **$335,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $
  - Value of security: - $
  - Unsecured claim    $

Contact

Contact phone

---

**10**

**What is the nature of the claim?**   **Medical Practice, Receivables, Property**   $ **$107,761.00**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Paul Wigoda**    Case number *(if known)*  **19-22567**

**Knight Capital**
**1 East Loockerman St, #202-543**
**Dover, DE 19901**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ■ Yes. Total claim (secured and unsecured)  $ **$147,761.00**
  - Value of security:  - $ **$40,000.00**
  - Unsecured claim  $ **$107,761.00**

**11**

**L & E United Inc.**
**9601 Collins Ave, #406**
**Bal Harbor, FL 33154**

What is the nature of the claim?  **Personal Loan**   $ **$543,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $
  - Value of security:  - $
  - Unsecured claim  $

**12**

**Lift Forward**
**180 Maiden Lane, 10th Flr**
**New York, NY 10038**

What is the nature of the claim?  **1404 E. Broward Blvd, Fort Lauderdale, FL 33301**   $ **$400,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ■ Yes. Total claim (secured and unsecured)  $ **$1,000,000.00**
  - Value of security:  - $ **$600,000.00**
  - Unsecured claim  $ **$400,000.00**

**13**

**Marie Ruiz Rodriguez**
**1321 NE 17th Ave**
**St Cloud, FL 33304**

What is the nature of the claim?  **Personal Loan**   $ **$105,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Paul Wigoda**  Case number *(if known)* 19-22567

☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

| | | |
|---|---|---|
| **14** | | |

**Mark Levitats**
**15020 SW 76th Ct**
**Miami, FL 33158**

What is the nature of the claim?  **Personal Loan**  $ **$98,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

| | | |
|---|---|---|
| **15** | | |

**Mentor Group**
**33 Technology Drive**
**Irvine, CA 92618**

What is the nature of the claim?  **Case # 6201260**  $ **$102,482.89**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

| | | |
|---|---|---|
| **16** | | |

**Michael Dezer**
**18001 Collins Ave, 31st Flr**
**Sunny Isles Beach, FL 33160**

What is the nature of the claim?  **Personal Loan**  $ **$300,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

| | | |
|---|---|---|
| **17** | | |

**Ocean Bank/PW Capital**
**Collections, LLC**
**c/o Peter A. Tappert, Esq.**
**Weissman & Dervishi, PA**
**1 SE Third Ave, Suite 1700**

What is the nature of the claim?  **Medical Practice**  $ **$4,692,217.00**

B 104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 5

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor 1  **Paul Wigoda**  Case number *(if known)*  **19-22567**

Miami, FL 33131

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)  $ **$4,732,217.00**
Contact                                    Value of security:  - $ **$40,000.00**
Contact phone                              Unsecured claim      $ **$4,692,217.00**

---

**18**

**Raquel Epelbaum**
**8035 Cecil St**
**Miami Beach, FL 33141**

**What is the nature of the claim?**  **Personal Loan**   $ **$75,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)  $
Contact                                    Value of security:  - $
Contact phone                              Unsecured claim      $

---

**19**

**Sientra Inc.**
**Dept CA 24673**
**Pasadena, CA 91185-4673**

**What is the nature of the claim?**  **Breast Implants Accts Payable**   $ **$156,790.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)  $
Contact                                    Value of security:  - $
Contact phone                              Unsecured claim      $

---

**20**

**SMDCBR, Real Estate Holding LLC**
**9601 Collins Ave, #406**
**Bal Harbor, FL 33154**

**What is the nature of the claim?**  **Personal Loan**   $ **$100,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)  $
Contact

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Paul Wigoda**                                          Case number *(if known)*  **19-22567**

Contact phone

Value of security:   - $
Unsecured claim      $

## Part 2:   Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   **/s/ Paul Wigoda**                                           X
   **Paul Wigoda**                                           Signature of Debtor 2
   Signature of Debtor 1

Date   **September 20, 2019**                                     Date

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 7

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy