UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:  Case No: 19-22567-AJC
Chapter 11

PAUL WIGODA

Debtor(s)

_____/

**OPPOSITION TO CREDITOR PW CAPITAL COLLECTIONS, LLC'S MOTION FOR "COMFORT ORDER" REQUESTING RELIEF FROM STAY TO PROCEED AGAINST AN ASSET OF THE ESTATE DE # 20**

**COMES NOW,** Creditor, Edith Wigoda, individually and as trustee and beneficiary of the Luis Wigoda Revocable Trust dated May 3, 1989 fbo Edith Wigoda, Trustee Trust A; Luis Wigoda Revocable Trust dated May 3, 1989 fbo Edith Wigoda, Trustee Trust B; Edith Wigoda Revocable Trust; and PPGW Limited Partnership, by and through its undersigned attorney, responds to Creditor PW Capital Collections, LLC (hereinafter "PW Capital") in opposition to its Motion For "Comfort Order" requesting relief from stay to proceed against an asset of the Estate DE # 20, and states as follows:

1. On September 20, 2019 the Debtor filed an individual chapter 11 bankruptcy petition for Relief in the Southern District of Florida, Miami Division.

2. Ms. Wigoda is a creditor of the Debtor by reason of various promissory notes, a couple secured and the balance of these unsecured, and by various revolving credit agreements; all of which were entered into by the Debtor against family trusts and against Ms. Wigoda, individually.  Ms. Wigoda, individually and Ms. Wigoda, as

60250.0002

Trustee, intends to timely file Proof of Claims on behalf of these entities on or before January 21, 2020.

3. PW Capital, the movant, is a third party collector group who purchased the rights to collect against the Debtor pursuant to a final judgment for monies owed. (DE # 20, par. 1).

4. The motion asserts they intend to proceed against the Debtor's medical office ("MD P.A."). However, pursuant to the Case Management Summary and the Schedules of the Debtor, the Debtor is a plastic surgeon and lists the MD P.A. as an asset of the Estate. The Debtor also lists this asset as his source of income with a gross of $130,000.00 per month.

5. Ms. Wigoda opposes PW Capital's motion. The MD P.A. is clearly an asset entitled to protection and valuation and necessary for an effective reorganization. Under 11 U.S.C. 1115(a)(2) earnings from services performed by the debtor after the commencement of the case but before the case is closed, dismissed, or converted is property of the estate. Under 11 U.S.C. 362(a)(1-4) any act to collect, enforce, obtain possession or control of property of the estate is stayed, hence the MD P.A. is protected under 11 U.S.C. §362 stay. The disposable income from the MD P.A. is crucial for repayment to unsecured creditors like PW Capital and others, pro rata.

6. Notably, where PW Capital, as only a judgment creditor, to partake with the medical office it would significantly decrease the financial condition of the Debtor and cause a substantial decrease in valuation which directly affects the repayment in the plan.

60250.0002

7. Relief from stay to permit that activity is premature at this stage of this matter. A Committee of Unsecured Creditors is being established under this Chapter 11 case with the prospect of increasing payments under the plan. It would be detrimental and unfairly discriminatory to the rest of the unsecured creditors and to the estate to allow PW Capital to continue supplementary proceedings on a final judgment while at the same time participating in this estate and not allow the same relief to all other unsecured creditors.

8. Chapter 11 requires that the debtor commit future earnings to a Chapter 11 plan. The ability for the Debtor to generate funds to pay his creditors under a confirmable plan requires the MD P.A. in order to be stay functioning as a debtor in possession, manage his estate and provide his disposable income towards payment of unsecured claims.

9. PW Capital has failed to establish a right to have the stay lifted pursuant to 11 U.S.C. § 362(d).

10. For the above reasons, Ms.Wigoda respectfully requests denial of PW Capital LLC's Motion for "Comfort Order".

WHEREFORE, Edith Wigoda, individually and as trustee and beneficiary of the Luis Wigoda Revocable Trust dated May 3, 1989 fbo Edith Wigoda, Trustee Trust A; Luis Wigoda Revocable Trust dated May 3, 1989 fbo Edith Wigoda, Trustee Trust B; Edith Wigoda Revocable Trust; and PPGW Limited Partnership respectfully requests entry of an order which denies PW Capital LLC's Motion for "Comfort Order" (DE # 20), and for such other and further relief as the Court deems just and proper.

60250.0002

        /s/ Shirley Palumbo
Shirley Palumbo, Esq.
Florida Bar No. 73520
City Place, 525 Okeechobee Blvd. Suite 900
West Palm Beach, FL 33401
Tel:  (561)227-2370
Fax: (954)771-9264
Email: shirley.palumbo@gmlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th of October, 2019, I electronically filed this Opposition to Motion for Comfort Order with the Clerk of Court by using the CM/ECF system, which will send a notice to the following CM/ECF participants electronically.

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Bradley S Shraiberg**
2385 NW Executive Center Dr. #300
Boca Raton, FL 33431

**I HEREBY CERTIFY** the foregoing document was served by first class, postage prepaid, U.S. Mail on to the persons and/or entities at the addresses noted herein as obtained from a current Mailing matrix obtained from the court's CM/ECF system:

*Debtor*
**Paul Wigoda**
18201 Collins Ave, Apt 1709
Sunny Isles Beach, FL 33160

        /s/ Shirley Palumbo
Shirley Palumbo, Esq.
Florida Bar No. 73520
City Place, 525 Okeechobee Blvd. Suite 900
West Palm Beach, FL 33401
Tel:  (561)227-2370
Fax: (954)771-9264
Email: shirley.palumbo@gmlaw.com

60250.0002