UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                      Case No. 19-22567-AJC
                                                            Chapter 11
PAUL WIGODA,

    Debtor.
_____/

## PW CAPITAL COLLECTIONS, LLC'S
## OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

Pursuant to Federal Rule of Bankruptcy Procedure 4003 and 11 U.S.C. § 522, PW Capital Collections, LLC ("PW Capital") objects to Debtor Paul Wigoda's claim of exemptions in his amended Schedule C [ECF #86]. The grounds for this objection are as follows.

### Background

1. The Debtor filed this chapter 11 case on September 20, 2019 [ECF #1].

2. The Debtor filed his initial schedules on October 11, 2019 [ECF #30].

3. The chapter 11 trustee held and concluded the Debtor's section 341 meeting of creditors on October 22, 2019 [ECF #4]. The filing deadline for objections to the Debtor's claimed exemptions was 30 days after the conclusion of the meeting of creditors.

4. PW Capital timely filed an objection on November 20, 2019 [ECF #50].

5. Pursuant to an agreement between PW Capital and the Debtor, the Court rolled over the hearing on the objection to allow the Debtor to amend his Schedule C [ECF #63].

6. On January 8, 2020, the Debtor filed his amended Schedule C [ECF #86].

### Objection

The Debtor has claimed his homestead real property as exempt pursuant to sections 222.01 and 222.02 of the Florida Statutes and article X, section 4(a)(1) of the Florida Constitution. Thus,

pursuant to Florida law, the Debtor is entitled to exempt personal property having a value of up to $1,000.00. The Debtor claimed $700.00 of the $1,000.00 exemption for a portion of his "household furniture" listed with a total value of $10,000.00, and the remaining $300.00 of the exemption for his interests in three entities with "unknown" values: PPGW Limited Partnership (listed twice); PW Family Limited Partnership; and PW Management Co.

PW Capital objects to any and all personal property claimed as exempt by the Debtor that exceeds the $1,000.00 amount permitted by Florida law.

PW Capital further objects to the values of the property claimed as exempt, including, but not limited to, the household furniture and the Debtor's interests in the three entities.

WHEREFORE, PW Capital respectfully requests that the Court enter an order sustaining PW Capital's objection to the Debtor's claim of exemptions and the values of the property claimed as exempt, and granting such further relief as is just and appropriate.

*I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).*

                                              Respectfully submitted,

                                              WEISSMAN & DERVISHI, P.A.

                                              By:    /s/ Peter A. Tappert
                                                         Brian S. Dervishi
                                                         Peter A. Tappert
                                             Fla. Bar Nos. 350303 and 27100
                                           SunTrust International Center
                                           One Southeast Third Avenue, Suite 1700
                                           Miami, Florida 33131
                                           305-347-4070 (Telephone)
                                           305-347-4077 (Facsimile)
                                           bdervishi@wdpalaw.com
                                           ptappert@wdpalaw.com

          SEQUOR LAW, P.A.

          By:    /s/ Gregory S. Grossman
                Gregory S. Grossman
          Fla. Bar No. 896667
          1001 Brickell Bay Dr., 9th Floor
          Miami, Florida 33131
          305-372-8282 (Telephone)
          305-372-8202 (Facsimile)
          ggrossman@sequorlaw.com

          Attorneys for PW Capital Collections, LLC

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on February 7, 2020, a true and correct copy of the foregoing was served by CM/ECF on the parties named below and all others entitled to receive notice.

          /s/ Peter A. Tappert
            Peter A. Tappert

Bradley S. Shraiberg, Esq.
Shraiberg Landau & Page, P.A.
2385 NW Executive Center Dr., Suite 300
Boca Raton, FL 33431

U.S. Trustee
Office of the U.S. Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130