UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  PAUL WIGODA,　　　　　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　Case No. 19-22567-AJC
　　　Debtor.

_____/

**SECURED CREDITOR, 18201 COLLINS
AVENUE CONDOMINIUM ASSOCIATION, INC.'S,
<u>OBJECTION TO CONFIRMATION OF DEBTOR'S AMENDED PLAN OF
REORGANIZATION</u>**

COMES NOW SECURED CREDITOR, 18201 COLLINS AVENUE CONDOMINIUM ASSOCIATION, INC. (hereinafter referred to as "Association"), by and through its undersigned attorneys and files this Objection to Confirmation of Debtor's Amended Plan of Reorganization and as grounds therefore would state as follows:

**<u>STATEMENT OF JURISDICTION</u>**

1.　The Debtor has filed this case under Chapter 11 of the Bankruptcy Code.

2.　This court has jurisdiction of the parties and the subject matter pursuant to the Bankruptcy Code, 11 U.S.C. Section 101, et seq., 28 U.S.C. Sections 1334 and 1579(a).

3.　The statutory predicates for the relief sought herein is section 105(a) of the Bankruptcy Code, as complemented by Rule 9014 of the Federal Rules of Bankruptcy Procedure.

**<u>FACTS</u>**

4.　On September 20, 2019, the Debtor filed this case under Chapter 11 of the Bankruptcy Code.

14644828v.1 O23881/399263

Secured Creditor, 18201 Collins Avenue Condominium Association, Inc.'s
Motion for Order Permitting Formal Appraisal of Real Property
Case No. 19-22567-AJC

5. The Association is a Florida not-for-profit corporation and is the condominium association responsible for the operation and management, of the residential condominium now known as "Trump Royale."

6. Debtor, PAUL WIGODA, is a record co-owner and holder of fee simple title to real property located at 18201 Collins Avenue, Units 1709 and 1808A, with the following legal description (hereinafter "Subject Property"):

Condominium Units 1709 & 1808A in TRUMP ROYALE, A CONDOMINIUM, according to the Declaration of Condominium recorded on November 6, 2008, in Official Records Book 26642, at Page 626, of the Public Records of Miami-Dade County, Florida, as amended, together with an undivided interest in the common elements appurtenant thereto.

7. According to the Debtor's proposed Amended Plan [DE 243], the Debtor intends to repay several secured creditors, including 18201 Collins Avenue Condominium Association, Inc., through a private sale of the subject property one year from the effective date of the Amended Plan:

|   |   |   |   |   | vote |
|---|---|---|---|---|---|
| 1 | Allowed JPMorgan Chase Secured Claims | $7,941,817.75[2] | $7,941,817.75 | 100% distribution following sale of the Sunny Isles Beach Property | Impaired and entitled vote |
| 2 | Allowed Lift Forward Secured Claim | $300,000.00 | $300,000.00 | 100% distribution following sale of the Sunny Isles Beach Property | Impaired and entitled to vote |
| 3 | Allowed Trump Royale Condo Association Secured Claim | Approx. $112,666.63 | Approx. $112,666.63 | 100% distribution following sale of the Sunny Isles Beach Property | Impaired and entitled to vote |

8. Following filing of the proposed Amended Plan, the Association filed an amended Proof of Claim for $55,630.75 and a Notice of Post-Petition Fees in the amount of $15,770.00

Secured Creditor, 18201 Collins Avenue Condominium Association, Inc.'s
Motion for Order Permitting Formal Appraisal of Real Property
Case No. 19-22567-AJC

9. All total, there are approximately **$8,313,218.45** in secured claims against the subject property.

10. The subject property is currently listed at $12,500,000.00.

11. The Association did not believe that this sales price accurately reflected the fair market value of the property and filed a Motion for Order Permitting Formal Appraisal, which was granted on November 19, 2020.

12. The appraisal took place in December 2020. The formal appraisal report is attached hereto as Exhibit "A."

13. Per the appraisal, the subject property's estimated value is $6,500,000.00 as of 12/01/202. This is $6,000,000.00 LESS than the Debtor's listing price.

14. In the approximately 407 days since the property was listed for sale, there have been no listing price reductions despite having no sales activity at the property.

15. It is suspected that the property may be strategically overpriced to deter sales activity and payment to secured creditors allowing the Debtor to reside in the property with his family using the services and amenities paid for by the other paying owners of the community while benefiting from the protections afforded by the bankruptcy stay.

16. Given the appraisal report, which values the property at **$6,000,000.00** less than the $12,500,000.00 sales price, the Association objects to the confirmation of Debtor's proposed Amended Plan.

Secured Creditor, 18201 Collins Avenue Condominium Association, Inc.'s
Motion for Order Permitting Formal Appraisal of Real Property
Case No. 19-22567-AJC

WHEREFORE, Secured Creditor, 18201 COLLINS AVENUE CONDOMINIUM ASSOCIATION, INC., prays that this Court deny confirmation of Debtor's proposed Amended Plan and for any and all further relief as justice may require.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via CM/ECF Electronic Noticing to those parties registered to receive electronic noticing including Joshua Lanphear, Esq., jlanphear@slp.law; Bradley Shraiberg, Esq., bss@slp.law; Johanna Armengol, Esq., Office of the U.S. Trustee, Johanna.Armengol@usdoj.gov, and Steven D. Schniederman, Esq., Steven.D.Schneiderman@usdoj.gov; and by US Mail to: Michael Mangold, 901 E. Las Olas Blvd., Suite 101, Ft. Lauderdale, Florida 33301 and to those who have not elected to receive service electronically in this case on this 28th day of January, 2021.

BECKER & POLIAKOFF, P.A.
Attorneys for Creditor
1 E. Broward Blvd., Suite 1700
Ft. Lauderdale, Florida 33301
Telephone: (954) 985-4102
Facsimile: (954) 987-5940
csolis@beckerlawyers.com

By: */ s / K. Joy Mattingly*
K. Joy Mattingly, Esq.
Florida Bar No. 17391