

**ORDERED in the Southern District of Florida on February 4, 2021.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

PAUL WIGODA,                                                             Case No. 19-22567-AJC

    Debtor.                                                                   Chapter 11
_____/

**ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL OF
SETTLEMENT AGREEMENT WITH MICHAEL DEZER [ECF No. 151]**

This matter came before the Court for hearing on February 4, 2021 upon the *Debtor's Motion for Approval of Settlement* [ECF No. 151] (the "Motion") filed by Paul Wigoda (the "Debtor"). In the Motion, the Debtor requests that the Court approve the Settlement Agreement[1] between the Debtor and Michael Dezer a/k/a Michael Dezertov ("Dezer") pursuant to Fed. R. Bankr. P. 9019. Having reviewed the Motion and the Settlement Agreement, having heard

---

[1] All capitalized terms not specifically defined herein shall have the same meaning provided in the Motion and the Settlement Agreement.

argument of counsel appearing at the hearing, noting that no objections to the Motion were filed or raised at the hearing, noting that the Motion was properly served on all parties in interest, for the reasons stated on the record at the hearing and being otherwise advised in the premises, the Court ORDERS and ADJUDGES as follows:

1. The Motion [ECF Nos. 151] is GRANTED.

2. Pursuant to Fed. R. Bankr P. 9019, the Settlement Agreement, a fully executed copy of which is attached as **Exhibit A** to the Motion is **APPROVED** in its entirety.

3. The terms of the Settlement Agreement have been fully incorporated into the Debtor's *Amended Plan of Reorganization* [ECF No. 243] (the "Plan"). Pursuant to paragraph 2 of the Settlement Agreement and § 5.06 of the Plan, the Debtor shall commence making Monthly Payments to Dezer on the 1st day of the 1st month following entry of the Court's order confirming the Plan.

4. The Debtor is hereby authorized to take all actions necessary to implement the relief provided in this Order.

5. The Court shall retain jurisdiction with respect to all matters arising from the interpretation, implementation, or enforcement of this Order and the Settlement Agreement.

### # # #

Submitted by:

Bradley S. Shraiberg, Esq.
**SHRAIBERG, LANDAU & PAGE, P.A.**
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: bss@slp.law

*Bradley S. Shraiberg, Esq. is directed to serve a copy of this order upon all interested parties and to file a certificate of service with the Court.*