

### ORDERED in the Southern District of Florida on July 21, 2021.

_____
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

PAUL WIGODA,

    Debtor.
_____/

CASE NO. 19-22567-AJC

Chapter 11

**ORDER GRANTING DEBTOR'S *EX PARTE* MOTIONTO SHORTEN NOTICE ON DEBTORS' EXPEDITED MOTION TO SELL FT. LAUDERDALE PROPERTY**

This matter came before the Court without a hearing upon the *Ex Parte Motion to Shorten Notice on Debtors' Expedited Motion to Sell Ft. Lauderdale Property* [ECF No. 350] (the "Motion") filed by Paul Wigoda (the "Debtor"). Having reviewed the Motion, and being otherwise fully advised of the premises, the Court **ORDERS and ADJUDGE**S as follows:

The Motion is **GRANTED**. Pursuant to Fed. R. Bankr. P. 9006(c), the notice period to consider approval of the Debtors' Expedited Motion to Sell Ft. Lauderdale Property is shortened to ten (10) days. The Court will conduct a hearing on the Motion to Sell on August 5, 2021 for which the Clerk of Court will issue a separate Notice of Hearing.

### #

Submitted by:

Joshua Lanphear, Esq.
**SHRAIBERG, LANDAU & PAGE, P.A.**
Attorneys for the Debtor
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: jlanphear@slp.law

*Attorney Lanphear is directed to serve a copy of this Order on all parties in interest and shall thereafter file a certificate of service with the Court.*