UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:  
Paul Wigoda

Case No. 19-22567-AJC  
Chapter 11

Debtor.

### RESPONSE TO DEBTOR'S EXPEDITED MOTION TO SELL FT. LAUDERDALE REAL PROPERTY

Comes now, Secured Creditor, JP Morgan Chase Bank, National Association by and through its undersigned attorney and hereby files its response to Debtor's expedited motion to sell Ft. Lauderdale Property (Doc. No. 347) and states as follows:

1. On September 20, 2019 Debtor filed this voluntary petition under Chapter 11 of the Bankruptcy Code.

2. On July 20, 2021 Debtor filed an expedited motion to sell Ft. Lauderdale Property located at 2600 Northeast 30th Street, Ft Lauderdale, FL 33306 which is the subject real property.

3. On November 15, 2019 JP Morgan Chase Bank, National Association filed Claim 7-1 which listed a total secured claim of $425,288.70 a +secured arrearages of $32,255.45, and regular monthly payments of $4,469.17 for a mortgage encumbering real property located at 2600 Northeast 30th Street, Ft Lauderdale, FL 33306.

4. On October 6, 2020 Debtor filed its Amended Chapter 11 Plan of Reorganization. The Amended Chapter 11 Plan of Reorganization provided for the Debtor to attempt to sell the subject property and related JP Morgan Chase Bank, National Association mortgage interest (referred to as class 4) within six months of the effective date of the chapter 11 plan of reorganization.  See Doc. No. 243.

5.  On February 16, 2021 this Court Ordered Confirmation of the Amended Chapter 11 Plan of Reorganization. See Doc. No. 339.

6.  Although JP Morgan Chase Bank, National Association does not oppose a sale of the property located at 2600 Northeast 30th Street, Ft. Lauderdale, FL 33306, Movant would require the Order to include language that JP Morgan Chase, National Association Claim, and related class 4 plan treatment will be paid in full for the subject mortgage from the closing proceeds as soon as practicable following this Court's approval of the sale.

Wherefore, JP Morgan Chase Bank, National Association requests this Court grant Debtor's Expedited Motion to Sell Ft. Lauderdale Property and include language in the Order approving the sale that JP Morgan Chase Bank, National Association, will be paid-in-full from the closing sale proceeds as soon as practicable by the title company following this Court's approval of the anticipated sale.

/s/Steven G. Powrozek
Steven G. Powrozek
FL Bar 0316120
Elizabeth Eckhart
FL Bar 48958
LOGS Legal Group LLP
Attorney for Secured Creditor
4630 Woodland Corporate Boulevard
Suite 100
Tampa, FL 33614
Telephone: (813) 880-8888
Fax: (813) 880-8800
E-mail: logsecf@logs.com

**CERTIFICATE OF SERVICE**

I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court as set forth in Local Rule 2090-1(A).

The undersigned certifies that on this 22nd day of July, 2021, a copy of the foregoing response to expediated motion to sell real property was caused to be served via CM/ECF electronic filing or via First Class U.S. Mail upon the following:

Paul Wigoda
18201 Collins Ave, Apt 1709
Sunny Isles Beach, FL 33160

Joshua Lanphear
Shraiberg, Landau & Page, P.A.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431

Bradley S Shraiberg
2385 NW Executive Center Dr. #300
Boca Raton, FL 33431

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Johanna Armengol
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130

Steven D Schneiderman
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130

/s/Steven G. Powrozek
Steven G. Powrozek
FL Bar 0316120
Elizabeth Eckhart
FL Bar 48958
LOGS Legal Group LLP
Attorney for Secured Creditor
4630 Woodland Corporate Boulevard
Suite 100
Tampa, FL 33614
Telephone: (813) 880-8888

Fax: (813) 880-8800  
E-mail: logsecf@logs.com

19-321537 BK01 CHE